■     In the Matter of DONATO D. (ANONYMOUS), Appellant.—Order of the Family Court, Kings County, dated December 29, 1975, affirmed, without costs or disbursements. Under the circumstances of this case, the hearing court did not abuse its discretion in refusing to grant another adjournment of the dispositional hearing, which had previously been set down peremptorily. Hopkins, Acting P. J., Margett, Rabin, Shapiro and Hawkins, JJ., concur.